IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA PEDRO, et al., | No. C-15-5253 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES OF COMPLAINT AND FIRST AMENDED COMPLAINT** |
| v. | |
| MILLENNIUM PRODUCTS, INC., et al., | |
| Defendants. | |

On December 22, 2015, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiffs are hereby DIRECTED to submit forthwith chambers copies of the Complaint, filed November 17, 2015, and the First Amended Complaint, filed December 21, 2015.

**IT IS SO ORDERED.**

Dated: January 25, 2016

_____
MAXINE M. CHESNEY
United States District Judge