1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NINA PEDRO, et al.,

        Plaintiffs,

  v.

MILLENNIUM PRODUCTS, INC., et al.,

        Defendants.

_____/

No. C-15-5253 MMC

**ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPIES OF OPPOSITION AND SUPPORTING DECLARATIONS**

On March 25, 2016, plaintiffs electronically filed an "Opposition to Defendants' Motion to Stay" and two declarations in support thereof.  Plaintiffs have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy.'"  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced documents.  Plaintiffs are hereby advised that if they fail in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a chambers copy has not been timely

1   provided to the Court.

2      **IT IS SO ORDERED.**

3

4   Dated: March 31, 2016

5                               MAXINE M. CHESNEY
                               United States District Judge