Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NINA PEDRO, et al., )
                      ) Case No: 3:15-cv-05253
          Plaintiff(s), )
                      ) **APPLICATION FOR**
    v.                 ) **ADMISSION OF ATTORNEY**
                      ) **PRO HAC VICE**
MILLENNIUM PRODUCTS, INC. ) (CIVIL LOCAL RULE 11-3)
                      )
          Defendant(s). )

     I, Marcio W. Valladares, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Nina Pedro and Rosaline Lewis in the above-entitled action. My local co-counsel in this case is Clayeo C. Arnold, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602 | 865 Howe Avenue<br>Sacramento, CA 95825 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (813) 223-5505 | (916) 777-7777 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mvalladares@forthepeople.com | carnold@justice4you.com |

     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 986917.

     A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

     *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/20/16                                 Marcio W. Valladares
                                                         APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

     IT IS HEREBY ORDERED THAT the application of Marcio W. Valladares is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 20, 2016                             *[signature]*
                                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE