Name and address:
Clayeo C. Arnold, Esq.
865 Howe Avenue
Sacramento, CA 95825
(916)777-7777
carnold@justice4you.com

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nina Pedro,<br><br>                              Plaintiff(s)<br>v.<br>Millennium Products, Inc., et al.<br><br>                              Defendant(s). | CASE NUMBER<br>2:16-cv-03780-GHK-JEM<br><br>(PROPOSED) ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Valladares, Marcio W.      of   Morgan & Morgan Complex Litigation Group
*Applicant's Name (Last Name, First Name & Middle Initial)*      201 N. Franklin Street, 7th Floor
813-223-5505        813-222-4738        Tampa, Florida 33602
*Telephone Number*   *Fax Number*
mvalladares@forthepeople.com
*E-Mail Address*        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Nina Pedro and Rosalind Lewis
_____

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**
Arnold, Clayeo C.                of   Arnold Law Firm
*Designee's Name (Last Name, First Name & Middle Initial)*      865 Howe Avenue
  65070       916-777-7777    916-924-1829       Sacramento, CA 95828
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
carnols@justice4you.com
*E-Mail Address*        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☒ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☒ be refunded ☐ not be refunded.

Dated  6/15/16                             _____
                                           U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1