Name and address:
Clayeo C. Arnold, Esq.
865 Howe Avenue
Sacramento, CA 95825
(916)777-7777
carnold@justice4you.com

FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2016
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nina Pedro, <br><br> Plaintiff(s) <br> v. <br> Millennium Products, Inc., et al. <br><br> Defendant(s). | CASE NUMBER <br> 2:16-cv-03780-GHK-JEM <br><br> (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Yanchunis, John A.     of   Morgan & Morgan Complex Litigation Group
*Applicant's Name (Last Name, First Name & Middle Initial)*   201 N. Franklin Street, 7th Floor
813-275-5272     813-275-9295   Tampa, Florida 33602
*Telephone Number*   *Fax Number*
jyanchunis@forthepeople.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Nina Pedro and Rosalind Lewis

Name(s) of Party(ies) Represented    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
and designating as **Local Counsel**

Arnold, Clayeo C.     of   Arnold Law Firm
*Designee's Name (Last Name, First Name & Middle Initial)*   865 Howe Avenue
65070    916-777-7777    916-924-1829   Sacramento, CA 95828
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
carnols@justice4you.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☒ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☒ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☒ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☒ be refunded  ☐ not be refunded.

Dated   6/15/16

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE    Page 1 of 1