# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nina Pedro et al<br><br>v.<br><br>Millennium Products, Inc. et al<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:16-cv-03780 GHK(JEMx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____6/17/16_____   _____Philip S. Gutierrez_____ /s/
Date                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____   _____
Date                              United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:15-cv-01801 PSG(AJWx)__ and the present case:

- ☐ A. Arise from the same or closely related transactions, happenings or events; or
- ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___McDermott___ to Magistrate Judge ___Wistrich___.

On all documents subsequently filed in this case, please substitute the initials ___PSG(AJWx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___2:16-cv-03780 PSG(AJWx)___. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (06/14)   **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)**