E-FILED
JUL 15 2016
Document # _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Nina Pedro et al | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:16-cv-03780-PSG-AJW |
| v. | |
| Millennium Products, Inc. et al | ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S) |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 07/01/2016 | / | 63 & 64 | / | Motion to Appear Pro Hac Vice |
|---|---|---|---|---|
| Date Filed | | Doc. No. | | Title of Document |

| _____ | / | _____ | / | _____ |
|---|---|---|---|---|
| Date Filed | | Doc. No. | | Title of Document |

- ☐ Document submitted in the wrong case
- ☐ Incorrect document is attached to the docket entry
- ☐ Document linked incorrectly to the wrong document/docket entry
- ☑ Incorrect event selected. Correct event is   Application to Appear Pro Hac Vice
- ☐ Case number is incorrect or missing
- ☐ Hearing information is missing, incorrect, or not timely
- ☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
- ☐ Case is closed
- ☐ Proposed Document was not submitted as separate attachment
- ☐ Title page is missing
- ☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
- ☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
- ☑ Other:  No signature on Application. Local counsel failed to sign the application. See LR 11-1. See Instructions for Applicants (1) "note that electronic signatures are not accepted." (G-64).

Dated: 7/15/16

By: _____
U.S. District Judge / U.S. Magistrate Judge

cc: Assigned District and/or Magistrate Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)