SCOTT M. VOELZ (S.B. #181415)
svoelz@omm.com
DANIEL J. FARIA (S.B. #285158)
dfaria@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendants
Millennium Products, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RETTA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>MILLENNIUM PRODUCTS, INC., *et al.*,<br><br>    Defendants. | Case No. 15-CV-1801-PSG-AJW<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND REQUEST TO CONSOLIDATE RELATED ACTIONS FOR SETTLEMENT PURPOSES**<br><br>Judge: Hon. Philip S. Gutierrez |
| NINA PEDRO, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>MILLENNIUM PRODUCTS, INC., *et al.*,<br><br>    Defendants. | Case No. 16-CV-03780-PSG-AJW<br><br>Judge: Hon. Philip S. Gutierrez |

Pursuant to Federal Rule of Civil Procedure 42 and Rule 7-1 of the Local Civil Rules for the Central District of California, the parties to the above-captioned, related actions (the "Parties")—*Retta et al. v. Millennium Products, Inc., et al.*, Case No. 15-cv-1801 and *Pedro et al. v. Millennium Products, Inc., et al.*, Case No. 16-cv-3780 (collectively, the "Related Actions")—agree and stipulate as follows:

WHEREAS, the Related Actions are putative class actions that assert certain similar claims regarding Millennium's sale of kombucha products;

WHEREAS, as set forth in the Joint Status Report filed by the Parties on November 14, 2016 (*Retta* Dkt. No. 101; *Pedro* Dkt. No. 94), the Parties have reached proposed classwide settlements-in-principle which, if approved by the Court, may resolve the claims asserted in both Related Actions;

WHEREAS, on November 16, 2016, Plaintiffs in the *Retta* action filed a motion seeking preliminary approval of the classwide settlement they have negotiated with Defendants in the *Retta* action (the "Settlement") (Dkt. No. 102), the *Retta* parties assert will also provide relief to the Parties to the *Pedro* action;

WHEREAS, counsel for the parties in the Related Actions agree that consolidation of the Related Actions, for settlement purposes, is in the best interests of the Parties and would benefit the Court, as the Related Actions involve common questions of law or fact and consolidation could avoid duplicative motions and inconsistent outcomes, and promote the efficient administration of justice; and

THEREFORE, the Parties stipulate and agree as follows:

1. The Related Actions are putative class actions that assert certain similar claims against the same defendants relating to Millennium's sale of kombucha products, and raise common questions of fact or law, such that consolidation for settlement purposes would be appropriate under Federal Rule of Civil Procedure 42(a)(2);

2. Subject to Court approval, the Related Actions will be consolidated for the

purposes of preliminary and final approval of the Settlement;

3. Should the Court decline to finally approve the Settlement, the Parties reserve their right to challenge the propriety of consolidation for all purposes.

**SO STIPULATED.**

Dated: November 16, 2016

O'MELVENY & MYERS LLP

By: /s/ Scott M. Voelz
Scott M. Voelz
Attorneys for Defendants
Millennium Products, Inc. and
George Thomas "GT" Dave

Dated: November 16, 2016

LTL ATTORNEYS LLP

By: /s/ James M. Lee
James M. Lee
Attorneys for Defendants
Whole Foods Market, Inc.

Dated: November 16, 2016

BURSOR & FISHER, P.A.

By: /s/ L. Timothy Fisher
L. Timothy Fisher
Attorneys for Plaintiffs
Jonathan Retta, Kristen Schofield,
and Jessica Manire

Dated: November 16, 2016

OFFICES OF CLAYEO C. ARNOLD

By: /s/ Joshua H. Watson
Joshua H. Watson
Attorneys for Plaintiffs
Nina Pedro and Rosalind Lewis

JOINT STIPULATION RE: CONSOLIDATION

## SIGNATURE ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the other signatories to this document.

Dated: November 16, 2016

O'MELVENY & MYERS LLP

By: /s/ Scott M. Voelz
Scott M. Voelz
Attorneys for Defendants
Millennium Products, Inc. and
George Thomas "GT" Dave